STATE OF LOUISIANA

VERSUS

AARON C. DRUMMOND

NO. 24-KH-466

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

October 18, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** AARON C. DRUMMOND

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JOHN E. LEBLANC, JUDGE PRO TEMPORE, DIVISION "D", NUMBER 19-3620

Panel composed of Judges Stephen J. Windhorst,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

In this *pro se* writ application, relator, Aaron Drummond, seeks mandamus relief from this Court ordering the trial court to rule on his motion to correct illegal sentence filed in July, 2024, or in the alternative to schedule a hearing for same. A review of the official record in this case indicates that the trial court denied relator's motion to correct illegal sentence on July 3, 2024. See attached. Accordingly, relator's request for mandamus relief is moot. We therefore deny this writ.

Gretna, Louisiana, this 18th day of October, 2024.

**TSM**
**SJW**
**SUS**

TWENTY-FOURTH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 19-3620                                        DIVISION " R "

STATE OF LOUISIANA

VERSUS

AARON DRUMMOND

FILED: 7-3-24

DEPUTY CLERK

**ORDER**
This matter comes before the court on the defendant's **MOTION TO CORRECT
ILLEGAL SENTENCE, STAMPED AS FILED JUNE 25, 2024.**

On February 5, 2020, the defendant pled guilty to count #1, La. R.S. 40:966A,
distribution of heroin, counts #2 and #3 La. R.S. 40:967A, distribution of cocaine. The court
sentenced him on each count to 10 years imprisonment at hard labor, concurrently. The court
also ordered that defendant enter Offender Rehabilitation and Work Force Development
Program, pursuant to La. R.S. 13:5401, and upon successful completion of said program, the
court will suspend the remainder of his sentence and place defendant on 5 years active probation,
to be supervised by the Re-Entry Court Program. Defendant's sentence is to run concurrently
with case 3 19-2812 and 19-4464, and with any parole time already serving.

On July 15, 2022, the State filed a multiple bill. On March 15, 2023, the defendant pled
guilty as a second felony offender to the multiple bill as to count #2, and the court sentenced him
to 10 years imprisonment at hard labor as a multiple offender. The court ordered said sentence to
be served without benefit of probation or suspension of sentence, and to run concurrently with
any other sentence defendant may be serving.

Under LSA-C.Cr.P. art. 882, a *Motion to Correct an Illegal Sentence* may be raised at
any time. However, petitioner does not point to any illegal terms in his sentence. Rather, he
claims that considering his Diminution of Sentence, the multiple bill sentencing was untimely.

Defendant's claim is not cognizable in a motion to correct illegal sentence. A defendant
may only raise claims relating to the legality of the sentence itself under the applicable
sentencing statutes in a motion to correct an illegal sentence. *State v. Taylor*, 12-66 (La, App. 5
Cir. 2/14/12), (unpublished), citing *State v. Gedric*, 99-1213 (La. App. 1 Cir. 6/3/99), 741 So.2d
849, 851-852, writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239, citing *State v. Parker*, 98-256,
(La. 5/8/98), 711 So.2d 694, 695. When a defendant fails to point to a claimed illegal term in his
sentence, he does not raise a claim cognizable in a motion to correct an illegal sentence. *Parker,*
supra

Furthermore, the court notes that as a condition to his **Client Contract for Participation
if Reentry Court,** signed by the defendant at the time of plea, the clearly contract states:

> *The Participant understands that while he/she is in the Reentry Court Program, the
> Participant will not be eligible for parole pursuant to R.S. 15:574.4(a)(1), nor earn
> "good time" pursuant to R.S. 15:571.3, nor additional "good time" credits for
> participation in certified treatment and rehabilitation programs pursuant to R.S. 15:828.*

Additionally, defendant pled guilty to the multiple bill. The defendant pled guilty to the
multiple bill. A plea of guilty normally waives all non-jurisdictional defects in the proceedings
prior to the plea. *State v. Crosby*, 338 So.2d 584, 586 (La.1976). It is well settled that a validly
entered guilty plea waives any right a defendant might have had to question the merits of the
state's case and the factual basis underlying the conviction. *State v. Lemon*, 923 So.2d 794,
(La.App. 5 Cir. 2/14/06). (citing *State v. Bourgeois*, 406 So.2d 550, 552 (La.1981); *State v.
Lewis*, 01-490 (La.App. 5 Cir.10/30/01), 800 So.2d 1032, 1035.)

The court finds no illegality in defendant's sentence, as the terms of the sentence imposed
is clearly within the statutory parameters established by law. Thus, the defendant is not entitled
relief.

Accordingly,

**IT IS ORDERED BY THE COURT** that defendant's motion be and the same is hereby **DENIED**.

Gretna, Louisiana this ___3rd___ day of ___July___, 2024.

_~signature~_

**JUDGE**

John E. LeBlanc Pro Tempore

Docket #19-3620 page 2 of 2 Order

✓ **PLEASE SERVE:**

Defendant: Aaron Drummond, DOC # 487541, Catahoula Correctional Center, 499 Old Columbia Road, Harrisonburg, LA 71340

Thomas Butler, Appeals Division, District Attorney's Office, 200 Derbigny Street, Gretna, LA 70053 — Electronic Service

✗ KBB    Issued on    Sent to Recd Room 7-3-24 KBB

| | | |
|---|---|---|
| SUSAN M. CHEHARDY<br>CHIEF JUDGE | | CURTIS B. PURSELL<br>CLERK OF COURT |
| | | SUSAN S. BUCHHOLZ<br>CHIEF DEPUTY CLERK |
| FREDERICKA H. WICKER<br>JUDE G. GRAVOIS<br>MARC E. JOHNSON<br>STEPHEN J. WINDHORST<br>JOHN J. MOLAISON, JR.<br>SCOTT U. SCHLEGEL<br>TIMOTHY S. MARCEL | | LINDA M. WISEMAN<br>FIRST DEPUTY CLERK |
| JUDGES | | MELISSA C. LEDET<br>DIRECTOR OF CENTRAL STAFF |



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

(504) 376-1400

(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/18/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-466**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable John E. LeBlanc (DISTRICT JUDGE)
Honorable Jacqueline F. Maloney (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Aaron Drummond #487541 (Relator)
Catahoula Correctional Center
499 Old Columbia Road
Harrisonburg, LA 71340